**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
IN RE:

    SALHAT SALEH                             Chapter 7
    TRACY SALEH

                                                      Case No. 11-22631-rdd
                    Debtor
-------------------------------------------------------x

## ORDER GRANTING MOTION TO AMEND PETITION TO REFLECT CORRECT NAME OF DEBTOR

Upon the motion, by Notice of Presentment dated May 16, 2011 (the "Motion"), of Salhat Saleh and Tracy Saleh, by and through their counsel, Joshua N. Bleichman, Esq., for an order correcting the name on the debtors' petition in, and the caption of, this case; and there being due and sufficient notice of the Motion; and there being no objections to the requested relief; and good cause having been shown, it is hereby

ORDERED, that the Motion is granted and the petition and caption of this case are corrected to conform to the caption set forth above; and it is further

ORDERED, that within fourteen days of the entry of this Order, counsel for the debtors shall give notice as to the foregoing to the chapter 7 trustee, U.S. Trustee, all creditors herein and the following credit reporting agencies (collectively, the "Credit Reporting Agencies"):

| Equifax | Experian | Trans Union Corp. |
|---|---|---|
| P.O. Box 105873 | P.O. Box 2104 | P.O. Box 1000 |
| Atlanta, GA 30348 | Allen, TX 75013-2104 | Chester, PA 19000 |

and it is further

ORDERED, that the Credit Reporting Agencies are directed to update their

1

records to reflect the caption of the case as amended.


Dated: August 9, 2011
      White Plains, New York

                                    <u>/s/Robert D. Drain</u>
                                    HON. ROBERT D. DRAIN
                                    U.S. Bankruptcy Court Judge